IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00671 WHA |
| Plaintiff, | |
| v. | **ORDER RE STIPULATION AND PROPOSED ORDER** |
| JOSE FRANCISCO LEYVA and JAMES EDWARDS, | |
| Defendants. / | |

    The government recently filed a stipulation and proposed order. Both the government and defendant James Edwards asked for it and any order thereon to be filed under seal. No good cause was shown for filing either under seal. Any party wishing that the documents be filed under seal must file an administrative motion seeking sealing, pursuant to Civil Local Rule 79-5. The deadline for any such motion is **NOON, THURSDAY, JUNE 29, 2006**. If no such motion is filed by then, the Court may file the documents so that they are publicly available.

**IT IS SO ORDERED.**

Dated: June 27, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE