KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-7044
    Fax: (415) 436-7234
    Email: robert.rees@usdoj.gov

Attorneys for Plaintiff

FILED
06 JUN 30 PM 12: 55
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> JAMES EDWARDS, <br>     Defendant. | No. CR 05 0671 WHA <br><br> **STIPULATION AND [PROPOSED]** <br> **ORDER CONTINUING** <br> **SENTENCING DATE** <br><br> SAN FRANCISCO VENUE <br><br> ~~FILED UNDER SEAL~~ |

    The parties hereby stipulate that sentencing in this matter be continued from Tuesday, June 27, 2006, at 2:00PM to Wednesday, July 7, 2006 at 10:00 AM. The reasons for the stipulation for continuance request are as follows:

    The defendant has pleaded guilty under a cooperation plea agreement pursuant to U.S.S.G. § 5K1.1. The case against the co-defendant in this case has now resolved and the United States is completing its assessment of the defendant's assistance. The parties agree that the sentencing of the defendant before then would not be efficient. The parties agree that continuing the defendant's sentencing date for approximately a week is the best approach for the efficient administration of justice in this matter.

    ~~Because of the above information, the parties agree and request that this submission~~ be

Stipulation and Order Continuing Sentencing Date, CR 05 0671 WHA

1 | ~~filed UNDER SEAL.~~
2 |
3 | **IT IS SO STIPULATED**.
4 |
5 | DATED:      June 20, 2006                          KEVIN V. RYAN
6 |                                                    United States Attorney
7 |
8 |                                                    /s/ ROBERT DAVID REES
                                                       ROBERT DAVID REES
                                                       Assistant U.S. Attorney
9 |
10 | DATED:     June 20, 2006
11 |                                                   ERIK BABCOCK, ESQ.
                                                       Attorney for Defendant
12 |
13 | **IT IS SO ORDERED.**
14 |
15 | DATED:  6/22/06                                   /s/
16 |                                                   HON. WILLIAM H. ALSUP
                                                       United States District Judge

Stipulation and Order Continuing Sentencing Date, CR 05 0671 WHA

1  filed **UNDER SEAL**.

2

3  **IT IS SO STIPULATED.**

4

5  DATED:  June 20, 2006

    KEVIN V. RYAN
    United States Attorney

    ROBERT DAVID REES
    Assistant U.S. Attorney

10  DATED:  June 20, 2006

    ERIK BABCOCK, ESQ.
    Attorney for Defendant

13  **IT IS SO ORDERED.**

15  DATED:

    HON. WILLIAM H. ALSUP
    United States District Judge

    6-22-06

Stipulation and Order Continuing Sentencing Date, CR 05 0671 WHA

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA et al,

          Plaintiff,

v.

EDWARDS et al,

          Defendant.
_____/

Case Number: CR05-00671 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 30, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Erik G. Babcock
Law Offices of Erik Babcok
1212 Broadway, Suite 726
Oakland, CA 94612

Robert David Rees
U.S. Attorney's Office
450 Golden Gate Avenue
11th Floor
San Francisco, CA 94102

Dated: June 30, 2006

                                              Richard W. Wieking, Clerk
                                              By: D. Toland, Deputy Clerk