```
ERIK G. BABCOCK, No. 172517
LAW OFFICES OF ERIK BABCOCK
1212 Broadway, Suite 726
Oakland, CA 94612-3423
(510) 452-8400 Tel
(510) 452-8405 Fax

Attorney for Defendant
JAMES EDWARDS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JAMES EDWARDS,<br><br>　　　　Defendants. | No. CR 05-0671 WHA (EMC)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING**<br><br>**FILED UNDER SEAL** |

**IT IS HEREBY STIPULATED** between the parties, with the concurrence of U.S. Probation, that the hearing regarding Mr. Edwards's progress on probation, currently scheduled for May 18, 2010 may be continued to June 22. Counsel for defendant has a hearing in Shasta County Superior Court the same day and therefore unavailable. Counsel for the government is unavailable the following week, the Probation officer is unavailable the next week, and then defense counsel will be in trial. Defense counsel apologizes for the late nature of this request but was unaware of the scheduling conflict until today.

**SO STIPULATED:**

DATED: May 17, 2010                    /S/Robert Rees

United States v. Edwards No. 05-0671 WHA (EMC)
Stipulation and Proposed Order

1                                         ROBERT DAVID REES
                                          Assistant U.S. Attorney

2

///

3

///

4

///

5

6

DATED: May 17, 2010                 /S/Erik Babcock

7                                           ERIK G. BABCOCK
                                          Attorney for Defendant

8

9

10       **SO ORDERED.**

11 DATED:   May 18, 2010.

12                                     HONORABLE WILLIAM ALSUP

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States v. Edwards No. 05-0671 WHA (EMC)
Stipulation and Proposed Order -2-