1  ERIK G. BABCOCK, No. 172517
   LAW OFFICES OF ERIK BABCOCK
2  1212 Broadway, Suite 726
   Oakland, CA 94612-3423
3  (510) 452-8400 Tel
   (510) 452-8405 Fax
4
   Attorney for Defendant
5  JAMES EDWARDS

6

7             IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,   ) No. CR 05-0671 WHA (EMC)
                               )
11         Plaintiff,          ) **STIPULATION AND [PROPOSED] ORDER**
                               ) **CONTINUING HEARING**
12 v.                          )
                               )
13 JAMES EDWARDS,              ) **FILED UNDER SEAL**
                               )
14         Defendants.         )

15     **IT IS HEREBY STIPULATED** between the parties, with the

16 concurrence of U.S. Probation, that the hearing regarding Mr.

17 Edwards's progress on probation, currently scheduled for June 22,

18 2010 may be continued to July 13, 2010.  Counsel for defendant is

19 in trial in a murder case in state court until late June, after

20 which he will be on scheduled vacation until July 9, 2010.

21

22     **SO STIPULATED:**

23
   DATED: June 18, 2010          /S/Robert Rees
24                               ROBERT DAVID REES
                                 Assistant U.S. Attorney
25
   ///
26
   ///
27
   ///
28
   United States v. Edwards No. 05-0671 WHA (EMC)
   Stipulation and Proposed Order

1
2
3  DATED: June 18, 2010              /S/Erik Babcock
                                    ERIK G. BABCOCK
4                                   Attorney for Defendant
5
6
7       **SO ORDERED.**

   DATED: June 21, 2010
8                                    _____
                                     HONORABLE WILLIAM ALSUP
                                     U.S. District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28