IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JAMES EDWARDS,<br><br>        Defendants. | No. CR 05-0671 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING** |

**IT IS HEREBY STIPULATED** between the parties, with the concurrence of U.S. Probation, that the hearing regarding Mr. Edwards's progress on probation, currently scheduled for April 19, 2011 may be continued to May 17, 2011. Counsel for defendant is out of state and cannot attend. Mr. Edwards has been on probation for almost five years with no violations, and his term is set to expire this summer.

**SO STIPULATED**:

DATED: April 18, 2011         /S/Robert Rees
                              ROBERT DAVID REES
                              Assistant U.S. Attorney

///

///

///

United States v. Edwards No. 05-0671 WHA (EMC)
Stipulation and ~~Proposed~~ Order

DATED: April 18, 2011

/S/Erik Babcock
ERIK G. BABCOCK
Attorney for Defendant

**SO ORDERED.**

DATED: April 19, 2011.

HONORABLE WILLIAM ALSUP
U.S. District Judge

United States v. Edwards No. 05-0671 WHA (EMC)
Stipulation and ~~Proposed~~ Order -2-