1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            No. CR 05-671 WHA

    Plaintiff,                                   **STIPULATION AND ~~PROPOSED~~**
                                                      **ORDER CONTINUING**
v.                                                    **PROGRESS HEARING**

JAMES EDWARDS,

    Defendant.             /

    IT IS HEREBY STIPULATED between the parties that the hearing on the progress

of defendant Edwards on probation may be continued because counsel for defendant is

unavailable.  Mr. Edwards has had no violations and has almost completed his five years of

supervision, which is due to expire this summer.  Probation has already recommended that

it be allowed to terminate on schedule.  It is therefore stipulated that the hearing scheduled

///

///

for May 17, 2011 may be taken off calendar and continued to June 21, 2011 at 2:00 p.m. for

progress.

SO STIPULATED.

DATED: May 16, 2011          /S/Rob Reese
                             ROB REESE
                             Assistant U.S. Attorney


DATED: May 16, 2011          /S/Erik Babcock
                             ERIK BABCOCK
                             Attorney for Defendant

SO ORDERED.


DATED: May 17, 2011.

                             WILLIAM ALSUP
                             U.S. DISTRICT JUDGE