1
2
3
4
5
6
7
8
9    IN THE UNITED STATES DISTRICT COURT
10   FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
12   UNITED STATES OF AMERICA,                No. CR 05-671 WHA
13        Plaintiff,                          **EX PARTE APPLICATION**
14                                            **TAKING PROGRESS REPORT**
     v.                                       **OFF CALENDAR**
15
16   JAMES EDWARDS,
17        Defendant.            /
18
     I, Erik Babcock, declare as follows:
19
20   1.   I am attorney of record for defendant Edwards. I am requesting an order
21        taking this matter off calendar.
22   2.   Mr. Edwards has been under supervision for almost 5 years. During that time
23        he has not had a single violation and has had only positive progress reports.
24
25        The matter is currently on calendar tomorrow, June 21, 2011, for another
26        progress report.
27
28

3. The undersigned counsel is in trial out of county and is unavailable tomorrow. However, rather than continue this matter yet again, the undersigned requests that it simply be taken off calendar. I spoke with his supervising probation officer, Joshua Sparks, about this request, and he has no opposition to taking this matter off calendar.

4. I left a voicemail for AUSA Reese about this issue earlier today, but because of the short notice I have not heard back from him. I am therefore filing this request as an ex parte application rather than a proposed stipulation.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of June, at Eureka, California.

DATED: June 20, 2011        /S/Erik Babcock
                            ERIK BABCOCK
                            Attorney for Defendant

The status conference scheduled for June 21, 2011, at 2:00 p.m. is vacated.
    SO ORDERED.

DATED: June 21, 2011.
                            WILLIAM ALSUP
                            U.S. DISTRICT JUDGE